The judgment of the Commonwealth Court is affirmed.

738 A.2d 403

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Michael BARDO, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 23, 1998.

## *ORDER*

PER CURIAM:

AND NOW, this 23 day of December, 1998, the Petition for Review of the denial of Petitioner's request for new counsel is remanded to the trial court for reconsideration in light of this court's recent decision in *Commonwealth v. Albrecht,* 554 Pa. 31, 720 A.2d 693, 1998 WL 807957 (1998). *See also* Pa.R.C.P. 1504. The Stay of Execution is granted pending resolution of this matter.